UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARY KOCH,

    Plaintiff,

                                     Case No. 12-14760
v.                            HON. GEORGE CARAM STEEH

HOME NETWORK
MORTGAGE, LLC, et al.,

    Defendants.
_____/

ORDER STRIKING AMENDED COMPLAINT (#11)

On January 2, 2013, plaintiff filed an amended complaint. The amended complaint is not timely under Federal Rule of Civil Procedure 15(a)(1) and therefore plaintiff must obtain defendants' written consent or leave of this court before amending in accordance with Rule 15(a)(2). Accordingly, plaintiff's amended complaint (#11) is stricken.

SO ORDERED.

Dated: January 16, 2013

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 16, 2013, by electronic and/or ordinary mail and upon Rosemary Koch at 190 Baker Road, Dexter, Michigan 48130.

s/Barbara Radke
Deputy Clerk