UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROSEMARY KOCH,

        Plaintiff,

vs.

        Case No. 12-CV-14760

        HON. GEORGE CARAM STEEH

HOME NETWORK MORTGAGE, LLC,

        Defendants.
_____/

ORDER STRIKING JEFFREY HOLT AS A PLAINTIFF
AND STRIKING APPROVAL FOR ELECTRONIC FILING [DOC. 21]

The original complaint filed by Rosemary Koch listed Jeffrey Holt as a third-party intervenor, but Mr. Holt was never granted permission by the court to intervene in the case. Intervention must be accomplished by timely motion pursuant to Fed. R. Civ. P. 24. Mr. Holt never filed a motion to intervene. Mr. Holt also purported to be acting on Ms. Koch's behalf under a power of attorney. Mr. Holt is not an attorney and was previously warned by the court that any further actions taken by him that could be construed as the unauthorized practice of law could lead to a finding of criminal contempt.

Ms. Koch and Mr. Holt filed an amended complaint seeking injunctive relief on January 18, 2013, listing Mr. Holt as a co-plaintiff for the first time. This amended complaint was struck by the court in its order dated January 31, 2013. That order also denied Ms. Koch's and Mr. Holt's motion for leave to file an amended complaint dated January 28, 2013. Therefore, Mr. Holt's attempts to become a plaintiff by way of an amended complaint were unsuccessful.

On February 22, 2013, Mr. Holt filed an application for electronic filing as a pro se filer. Mr. Holt cannot be approved as a pro se filer because he is not a party representing himself. Mr. Holt has no recognized role in this matter - he is neither an attorney for Ms. Koch, nor is he a party in his own right. As such, Mr. Holt is ineligible for electronic filing and his approval as such is stricken.

So ordered.

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: February 13, 2013

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 13, 2013, by electronic and/or ordinary mail and on Rosemary Koch, 1950 Baker Road, Dexter, MI 48130 and Jeffrey L. Holt, 8285 Jackson Road, Ann Arbor, MI 48103.

s/M. Beauchemin
Deputy Clerk